# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:05CV227

| | |
|---|---|
| **WALTER B. BEAVER,**  )  | |
|        **Plaintiff,**  ) | |
| ) | |
| **v.**  ) | **ORDER** |
| ) | |
| **SYNTHES, INC., et al.,**  ) | |
|        **Defendants.**  ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission *Pro Hac Vice*" (Document No. 2), filed May 18, 2005. Upon careful review and consideration, and noting that Susan P. McWilliams has already paid the admission fee to the Clerk of Court, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Admission *Pro Hac Vice*" (Document No. 2) is **GRANTED**.

**Signed: May 19, 2005**

_____
David C. Keesler
United States Magistrate Judge